IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*, <br><br> Defendants. | Civil Action No. 5:22-cv-00185-H |

## NOTICE OF APPEAL

Notice is hereby given that all Defendants in the above-named case hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Amended Judgment dated January 13, 2023 (ECF No. 109), and all prior rulings in this action.

Dated: March 10, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

/s/ *Kate Talmor*
KATE TALMOR
CHRISTOPHER R. HEALY
ALEXANDER ELY
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-5267
Email: kate.talmor@usdoj.gov

*Counsel for Defendants*