# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 09, 2023

Ms. Rachel Neil
Office of the County Counsel
for the County of Santa Clara
70 W. Hedding Street
East Wing, 9th Floor
San Jose, CA 95110

    No. 23-10246   State of Texas v. Becerra
                         USDC No. 5:22-CV-185

Dear Ms. Neil,

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Supplemental Statement of Interested Parties (alphabetically arranged) [5th Cir. R. 29.2](5th Cir. R. 29.2)

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
    Mr. Ryan L. Bangert
    Ms. Sara Baumgardner
    Ms. Julie Marie Blake
    Mr. Matthew Scott Bowman
    Mr. John J. Bursch
    Mr. Nicholas S. Crown
    Mr. Christopher Robert Healy
    Mr. Christopher D. Hilton
    Ms. McKaye Lea Neumeister
    Mr. Michael S. Raab
    Ms. Natalie Deyo Thompson