# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 09, 2023

Ms. Rachel Neil
Office of the County Counsel
for the County of Santa Clara
70 W. Hedding Street
East Wing, 9th Floor
San Jose, CA 95110

   No. 23-10246   State of Texas v. Becerra
                  USDC No. 5:22-CV-185

Dear Ms. Neil,

Your brief has been filed as sufficient. Please disregard the letter sent today regarding deficiencies.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Renee S. McDonough, Deputy Clerk
                    504-310-7673

cc:
    Mr. Ryan L. Bangert
    Ms. Sara Baumgardner
    Ms. Julie Marie Blake
    Mr. Matthew Scott Bowman
    Mr. John J. Bursch
    Mr. Nicholas S. Crown
    Mr. Christopher Robert Healy
    Mr. Christopher D. Hilton
    Ms. McKaye Lea Neumeister
    Mr. Michael S. Raab
    Ms. Natalie Deyo Thompson