# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 09, 2023

Ms. Karli Eisenberg
Office of the Attorney General
Healthcare Rights and Access
1300 I Street
Sacramento, CA 95814

    No. 23-10246    State of Texas v. Becerra
                      USDC No. 5:22-CV-185

Dear Ms. Eisenberg,

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

The cover of the brief must indicate whether the brief supports affirmance or reversal.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.  Please do not send paper copies of the brief until requested to do so by the clerk's office.  The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary.  The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made.  Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _____
                  Renee S. McDonough, Deputy Clerk
                  504-310-7673

cc:
- Mr. Ryan L. Bangert
- Ms. Sara Baumgardner
- Ms. Julie Marie Blake
- Mr. Matthew Scott Bowman
- Mr. John J. Bursch
- Mr. Nicholas S. Crown
- Mr. Christopher Robert Healy
- Mr. Christopher D. Hilton
- Ms. Rachel Neil
- Ms. McKaye Lea Neumeister
- Mr. Michael S. Raab
- Ms. Natalie Deyo Thompson