## LIST OF AMICI CURIAE

- American Academy of Pediatrics
- American College of Emergency Physicians
- American College of Obstetricians and Gynecologists
- American Medical Association
- American Public Health Association
- Society for Maternal-Fetal Medicine

## **CERTIFICATION OF SERVICE**

I hereby certify that on May 8, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit through the Court's CM/EMF system, which will send notice of electronic filing to counsel for the parties.

/s/ Adam Aukland-Peck  
Adam Aukland-Peck  
aauklandpeck@debevoise.com

Dated: May 8, 2023