No. 23-10246

IN THE

# United States Court of Appeals for the Fifth Circuit

───────────────

STATE OF TEXAS, ET AL.,

*Plaintiffs-Appellees*,

v.

XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.,

*Defendants-Appellants.*

───────────────

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS (LUBBOCK)
NO. 5:22-cv-00185-H

---

**MOTION FOR LEAVE OF AMERICAN COLLEGE OF EMERGENCY PHYSICIANS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN MEDICAL ASSOCIATION, SOCIETY FOR MATERNAL-FETAL MEDICINE, ET AL., TO FILE AS AMICI CURIAE IN SUPPORT OF DEFENDANTS-APPELLANTS**

---

SHANNON ROSE SELDEN
  *COUNSEL OF RECORD*
ADAM AUKLAND-PECK
DEBEVOISE &
  PLIMPTON LLP
66 Hudson Blvd
New York, NY 10001
Tel: (212) 909-6000

*Counsel to Amici Curiae*

JEFFREY B. DUBNER
SKYE L. PERRYMAN
DEMOCRACY
  FORWARD
  FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel.: (202) 448-9090

*Counsel to Amici Curiae*

Pursuant to Rules 29, 31, and 32 of the Federal Rules of Appellate Procedure and the applicable Fifth Circuit Rules and Internal Operating Procedures, *amici curiae* move for leave to file the attached amicus brief in support of Appellants' request to reverse the District Court's order. Counsel for all parties have consented to the filing of *amici*'s motion.

*Amici* are professional organizations of physicians and public-health experts, including the leading professional societies of physicians and obstetrician-gynecologists. *Amici* include: the American Academy of Pediatrics; the American College of Emergency Physicians; the American College of Obstetricians and Gynecologists; the American Medical Association; the American Public Health Association; and the Society for Maternal-Fetal Medicine.

Collectively, *Amici* represent hundreds of thousands of American physicians and other health professionals, including thousands of physicians in Texas. Ensuring access to evidence-based health care and promoting health care policy that improves patient health is central to each amicus's mission. *Amici* believe that all patients are entitled to prompt, complete, and unbiased emergency health care that is medically and scientifically sound, and provided in compliance with the Emergency Medical Treatment and Active Labor Act ("EMTALA"), 42 U.S.C. § 1395dd. Additionally, *Amici* have a strong interest in making sure that their members are not subject to conflicting legal obligations, particularly in the time-sensitive practice of emergency

medicine. As explained in the proposed brief, a finding that EMTALA did not preempt state law regarding emergency care provided to pregnant patients would place physicians in an impossible bind when they treat pregnant patients with emergency conditions, unable to comply with both federal and state law and at risk of professional and legal consequences however they resolve their unavoidable dilemma.

*Amici* therefore seek to file this brief to provide a medical perspective on the issues in this case, with a specific focus on the real-world practice of medicine, and to demonstrate the patient harms that will occur should the District Court's order be maintained. The proposed brief will explain how EMTALA has been understood and applied in the practice of emergency medicine, and the role that abortion care plays in providing the stabilizing treatment required by EMTALA.

Whether to grant a motion for leave to participate as *amicus curiae* is within the Court's discretion. *Richardson v. Flores*, 979 F.3d 1102, 1106 (5th Cir. 2020); *see also, e.g.*, *United States v. Gonzales-Wagner*, 977 F.3d 323, 345 (5th Cir. 2020) (noting courts' "broad discretion" to consider "amici's additional arguments"). In deciding whether to grant leave, this Court has determined it is "well advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted." *Lefebure v. D'Aquilla,* 15 F. 4th 670, 676 (5th Cir. 2020).

The Court should grant *Amici*'s motion for leave because the proposed brief is timely and useful. First, it is timely because it is filed in accordance with Court rules. *See* Fed. R. App. Pr. 29(a)(6). Second, the brief may be useful to the Court because it provides scientific and medical information not present in the parties' briefs. It also provides the perspective of the medical professionals directly regulated by EMTALA, drawn from real-world experience treating pregnant patients experiencing time-sensitive, life-or-death emergency medical conditions. This information is highly relevant to an understanding of EMTALA's practical application, as well as to the balance of the equities and the public interest.

Accordingly, proposed *Amici* respectfully request that the Court grant leave to file the attached brief.

Dated: May 8, 2023            Respectfully submitted,

<u>/s/ Shannon Rose Selden</u>
Shannon Rose Selden
Adam Aukland-Peck
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Tel.: (212) 909-6000
srselden@debevoise.com
aauklandpeck@debevoise.com

Jeffrey B. Dubner
Skye L. Perryman
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel.: (202) 448-9090

*Counsel to Amici Curiae*

## CERTIFICATE OF SERVICE

I certify that on May 8, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Shannon Rose Selden
Shannon Rose Selden

*Counsel to Amici Curiae*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27, because it contains 578 words.

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman font size 14.

/s/ Shannon Rose Selden<br>
Shannon Rose Selden

*Counsel to Amici Curiae*