# United States Court of Appeals
## FIFTH CIRCUIT
## OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 10, 2023

Ms. Shannon Rose Selden
Debevoise & Plimpton, L.L.P.
66 Hudson Boulevard
New York, NY 10001

    No. 23-10246   State of Texas v. Becerra
                      USDC No. 5:22-CV-185

Dear Ms. Selden,

We received your Motion for leave to file an amicus brief, however, because both your motion and brief state you have consent of all the parties on appeal to file the amicus brief, a motion is unnecessary.

In light of the aforementioned, we are taking no action on this motion. The amicus brief will be processed accordingly.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Melissa V. Mattingly, Deputy Clerk
                          504-310-7719

cc:
    Mr. Ryan L. Bangert
    Ms. Sara Baumgardner
    Ms. Julie Marie Blake
    Mr. Matthew Scott Bowman
    Mr. John J. Bursch
    Mr. Nicholas S. Crown
    Ms. Karli Eisenberg
    Mr. Christopher Robert Healy
    Ms. Amy Snow Hilton
    Mr. Christopher D. Hilton
    Ms. Rachel Neil
    Ms. McKaye Lea Neumeister

Mr. Michael S. Raab
Ms. Natalie Deyo Thompson