No. 23-10246

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS; AMERICAN ASSOCIATION OF PRO-LIFE
OBSTETRICIANS & GYNECOLOGISTS; CHRISTIAN MEDICAL AND
DENTAL ASSOCIATIONS,

*Plaintiffs-Appellees,*

*v.*

XAVIER BECERRA; UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES; CENTERS FOR MEDICARE AND MEDICAID
SERVICES; KAREN L. TRITZ; DAVID R. WRIGHT,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of Texas, Lubbock Division

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF FOR PLAINTIFFS-APPELLEES

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

JUDD E. STONE II
Solicitor General

NATALIE D. THOMPSON
Assistant Solicitor General
Natalie.Thompson@oag.texas.gov

SARA B. BAUMGARDNER
AMY S. HILTON
Assistant Attorneys General

Counsel for the State of Texas

*Additional Counsel Listed on Following Page*

Matthew S. Bowman
MBowman@ADFlegal.org

Ryan L. Bangert
RBangert@ADFlegal.org

Julie Marie Blake
JBlake@ADFlegal.org

Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
Tel.: (202) 393-8690
Fax: (202) 347-3622

Counsel for American Association
of Pro-Life Obstetricians &
Gynecologists and Christian Medical
and Dental Associations

## Motion to Extend Time

Plaintiffs-Appellees respectfully request a 30-day extension of time to file their appellees' brief in this matter. The brief is currently due on May 31, 2023. The requested extension will yield a new deadline of June 30, 2023.

On May 1, 2023, Defendants-Appellants filed their opening brief after receiving one 30-day extension of time. Consequently, Plaintiffs-Appellees' brief is due on May 31, 2023. This is Plaintiffs-Appellees' first request for an extension. Defendants-Appellants are not opposed to the requested extension, and no party will be prejudiced if the requested extension is granted.

The extension is needed because the undersigned counsel and other counsel assisting with this matter on behalf of the State have had and will continue to have numerous briefing and argument obligations that have delayed the preparation of the appellees' brief, including:

- Oral argument on May 2 in *Mendoza v. Lumpkin*, No. 12-70035, in this Court (capital case);

- Reply in support of petition for writ of mandamus submitted on May 18 in *In re Bobby Lumpkin,* No. 23-20169, in this Court;

- Oral argument on June 6 in *Mullis v. Lumpkin*, No. 21-70008, in this Court (capital case);

- Brief in opposition to the petition for writ of certiorari due on June 9 in *Devillier v. State of Texas*, No. 22-913, in the United States Supreme Court; and

- Brief in opposition to the petition for writ of certiorari due on June 16 in *Aranda v. Lumpkin*, No. 22-7301, in the United States Supreme Court (capital case).

Counsel for Plaintiffs-Appellees American Association of Pro-Life Obstetricians & Gynecologists and Christian Medical and Dental Associations have likewise had and will continue to have numerous obligations that have delayed the preparation of the brief, including:

- Reply brief in support of petition for certiorari filed on May 26 in *The School of the Ozarks, Inc., v. Biden, et al.*, No. 21-2270, in the United States Supreme Court;

- Response in opposition to motion to dismiss due May 30 in *State of Texas, et al. v. Becerra*, No. 7:23-cv-00022-DC, in the Western District of Texas; and

- Reply brief expected to be due on June 14 in *American College of Pediatricians v. Becerra*, No. 23-5053, in the United States Court of Appeals for the Sixth Circuit.

## Conclusion

Plaintiffs-Appellees respectfully request that the Court grant a 30-day extension of time to file their brief, resulting in a new deadline of June 30, 2023.

Respectfully submitted.

/s/ Matthew S. Bowman

MATTHEW S. BOWMAN
MBowman@ADFlegal.org

RYAN L. BANGERT
RBangert@ADFlegal.org

JULIE MARIE BLAKE
JBlake@ADFlegal.org

Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
Tel.: (202) 393-8690
Fax: (202) 347-3622

Counsel for American Association
of Pro-Life Obstetricians &
Gynecologists & Christian Medical
and Dental Associations

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JUDD E. STONE II
Solicitor General

/s/ Natalie D. Thompson

NATALIE D. THOMPSON
Assistant Solicitor General
Natalie.Thompson@oag.texas.gov

SARA B. BAUMGARDNER
AMY S. HILTON
Assistant Attorneys General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Counsel for the State of Texas

## CERTIFICATE OF CONFERENCE

On May 25, 2023, the undersigned contacted counsel for Defendants-Appellants by email regarding this motion for extension of time. Counsel stated that Plaintiffs-Appellees are unopposed to the requested extension.

/s/ Natalie D. Thompson
NATALIE D. THOMPSON

## CERTIFICATE OF SERVICE

On May 26, 2023, this brief was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Natalie D. Thompson
NATALIE D. THOMPSON

## CERTIFICATE OF COMPLIANCE

This brief complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) because it contains 398 words, excluding the parts of the brief exempted by Rule 32(f); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).