# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 26, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10246    State of Texas v. Becerra
                        USDC No. 5:22-CV-185

The court has granted an extension of time to and including June 30, 2023 for filing appellee's/respondent's brief in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa V. Mattingly, Deputy Clerk
                              504-310-7719

Mr. Adam B. Aukland-Peck
Mr. Ryan L. Bangert
Ms. Sara Baumgardner
Ms. Julie Marie Blake
Mr. Matthew Scott Bowman
Mr. John J. Bursch
Mr. Nicholas S. Crown
Mr. Jeffrey B. Dubner
Ms. Karli Eisenberg
Mr. Christopher Robert Healy
Ms. Amy Snow Hilton
Mr. Christopher D. Hilton
Ms. Rachel Neil
Ms. McKaye Lea Neumeister
Ms. Skye Lynn Perryman
Mr. Michael S. Raab
Ms. Shannon Rose Selden
Ms. Natalie Deyo Thompson