# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 06, 2023

Mr. Matthew Scott Bowman
Alliance Defending Freedom
440 1st Street, N.W.
Suite 600
Washington, DC 20001

Ms. Natalie Deyo Thompson
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

    No. 23-10246    State of Texas v. Becerra
                            USDC No. 5:22-CV-185

Dear Mr. Bowman and Ms. Thompson,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days.

Record References: Although your brief contains citations to the record, they are not in proper form. Every assertion in briefs regarding matter in the record must be supported by a reference to the page number of the original record, whether in paper or electronic form, where the matter is found, using the record citation form as directed by the Clerk of Court. The use of "id" is not permitted when citing to the record on appeal. (See 5TH CIR. R. 28.2.2). **Record citations appearing with an em dash need to be changed or corrected to a hyphen.** The hyphen allows the hyperlink to the record on appeal to work correctly for the Court.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the

actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc:  Mr. Adam B. Aukland-Peck
    Mr. Ryan L. Bangert
    Ms. Sara Baumgardner
    Ms. Julie Marie Blake
    Mr. John J. Bursch
    Mr. Nicholas S. Crown
    Mr. Jeffrey B. Dubner
    Ms. Karli Eisenberg
    Mr. Christopher Robert Healy
    Ms. Amy Snow Hilton
    Mr. Christopher D. Hilton
    Ms. Rachel Neil
    Ms. McKaye Lea Neumeister
    Ms. Skye Lynn Perryman
    Mr. Michael S. Raab
    Ms. Shannon Rose Selden