

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 514-8100

Via CM/ECF

July 3, 2023

Mr. Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    RE:   *State of Texas v. Becerra*, No. 23-10246 (5th Cir.)

Dear Mr. Cayce:

    I write pursuant to Fifth Circuit Rule 31.4.3.1 to respectfully request a Level 1 extension of 30 days—to and including Monday, August 21, 2023—for the federal government's reply brief in the above-captioned appeal.[1] The federal government has not previously sought an extension in this appeal. The Court docketed this appeal on March 10 and issued a briefing notice on March 22, 2023. Pursuant to the briefing notice, the federal government filed its opening brief on May 1, 2023. Appellees, having received a 30-day extension, filed an opposition brief on June 30, 2023. The reply brief is currently due on July 21, 2023.

    Good cause exists for this extension of time given the significance of the case and complexity of the issues and the need to consult with affected components of the federal government. Furthermore, the State of Texas recently passed statutory amendments that may bear on this case.[2] The requested extension is necessary to ensure that, in preparing the federal government's reply brief, counsel will have adequate time to take account of Texas's new law.

    In addition, the attorneys with primary responsibility for drafting the reply brief have other deadlines and pre-planned travel that make preparing the brief by the current July 21 deadline difficult. The undersigned, who has principal drafting responsibilities for the reply brief in this case, is traveling domestically

---

[1] Because the last day of this 30-day extension period falls on Sunday, August 20, under Fed. R. App. P. 26(a)(1)(C), the deadline defaults to Monday, August 21.

[2] *See* HB-3058, https://capitol.texas.gov/BillLookup/History.aspx?LegSess=88R&Bill=HB3058.

on pre-planned leave from July 14-16, 2023, and then traveling internationally on pre-planned leave from July 17-30, 2023. The undersigned also has principal responsibility for several time-sensitive internal matters. Nicholas Crown, the other attorney with principal drafting responsibilities, is traveling internationally on pre-planned leave until July 11, 2023; has principal responsibility in *United States v. Idaho*, No. 23-35153 (9th Cir.) (brief due August 11, 2023), and *United States v. Idaho*, No. 23-35440 (9th Cir.) (brief due August 23, 2023); and has several litigation and counseling matters with pressing internal deadlines. Michael Raab, who has supervisory responsibility over this case, also has supervisory responsibility over *Rtskhiladze v. Mueller*, No. 21-5243 (D.C. Cir.) (final brief due July 11, 2023); *Leopold v. Pittman*, No. 22-5304 (D.C. Cir.) (brief due July 11, 2023); *Lake Region Healthcare Corp. v. Sec'y of HHS*, No. 22-5318 (D.C. Cir.) (brief due July 13, 2023); *United Parcel Service Inc. v. PRC*, Nos. 23-1006 & 1029 (D.C. Cir.) (brief due July 14, 2023); *Amalgamated Transit Union Int'l v. DOL*, No. 23-15617 (9th Cir.) (brief due July 28, 2023); and *Borja v. Nago*, No. 22-16742 (9th Cir.) (brief due July 31, 2023).

Counsel for appellees have stated that they do not oppose this request.

Thank you for your attention to this matter.

Sincerely,

*/s/ McKaye L. Neumeister*
McKaye L. Neumeister
Attorney, Appellate Staff
Civil Division

cc:   All counsel (via CM/ECF)