IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

STATE OF TEXAS; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS,

      Plaintiffs-Appellees,

v.

XAVIER BECERRA; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CENTERS FOR MEDICARE AND MEDICAID SERVICES; KAREN L. TRITZ; DAVID R. WRIGHT,

      Defendants-Appellants

No. 23-10246

**UNOPPOSED MOTION FOR 30-DAY EXTENSION
OF TIME TO FILE APPELLANTS' REPLY BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rule 31.4, Defendants-Appellants Xavier Becerra, U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services, Karen L. Tritz, and David R. Wright respectfully move for a Level 1, 30-day extension of time—to and including Monday, August 21, 2023—in which to file the federal government's reply brief in this appeal. Plaintiffs-Appellees do not oppose this motion.

**1.** The Court docketed this appeal on March 10 and issued a briefing notice on March 22, 2023. Pursuant to the briefing notice, the federal government filed its opening brief on May 1, 2023. Appellees, having received a 30-day extension, filed an

opposition brief on June 30, 2023. The reply brief is currently due on July 21, 2023. The federal government has not previously sought an extension in this appeal.

**2.** Defendants-Appellants request a 30-day extension of time, to and including August 21, 2023, to file the federal government's reply brief in this appeal.[1] The undersigned counsel represents that good cause exists for this extension request, which is necessary to ensure adequate time to prepare the brief and to consult with affected components of the federal government given the significance of the case and complexity of the issues, a potentially relevant legal development, and the numerous other obligations and pre-planned annual leave of the attorneys handling this appeal.

**3.** The requested extension is necessary to ensure adequate time to prepare and file the government's reply brief. The attorneys with responsibility for drafting the reply brief are McKaye Neumeister and Nicholas Crown. Ms. Neumeister also has responsibility in *United States v. Idaho*, No. 23-35153 (9th Cir.) (brief due August 11, 2023), and *United States v. Idaho*, No. 23-35440 (9th Cir.) (brief due August 23, 2023), and for several time-sensitive internal matters. And Ms. Neumeister is traveling domestically on pre-planned leave from July 14-16, 2023, and then traveling internationally on pre-planned leave from July 17-30, 2023. Mr. Crown is traveling internationally on pre-planned leave until July 11, 2023; also has responsibility in

---

[1] Because the last day of this 30-day extension period would fall on Sunday, August 20, under Fed. R. App. P. 26(a)(1)(C), the new deadline would default to Monday, August 21.

*United States v. Idaho*, No. 23-35153 (9th Cir.) (brief due August 11, 2023), and *United States v. Idaho*, No. 23-35440 (9th Cir.) (brief due August 23, 2023); and has several litigation and counseling matters with pressing internal deadlines. Michael Raab, who has supervisory responsibility over this case, also has supervisory responsibility over numerous other appellate matters, including *Leopold v. Pittman*, No. 22-5304 (D.C. Cir.) (brief due July 11, 2023); *Lake Region Healthcare Corp. v. Sec'y of HHS*, No. 22-5318 (D.C. Cir.) (brief due July 13, 2023); *United Parcel Service Inc. v. PRC*, Nos. 23-1006 & 1029 (D.C. Cir.) (briefs currently due July 14, 2023; motions for 30-day extensions are pending); *Amalgamated Transit Union Int'l v. DOL*, No. 23-15617 (9th Cir.) (brief currently due July 28, 2023); *Borja v. Nago*, No. 22-16742 (9th Cir.) (brief due July 31, 2023, as extended); *United States v. Idaho*, No. 23-35153 (9th Cir.) (brief due August 11, 2023); and *United States v. Idaho*, No. 23-35440 (9th Cir.) (brief due August 23, 2023).

4. Furthermore, the State of Texas recently passed statutory amendments that may bear on this case.[2] The requested extension is necessary to ensure that, in preparing the federal government's reply brief, counsel will have adequate time to take account of Texas's new law.

5. Counsel for Plaintiffs-Appellees State of Texas, American Association of Pro-Life Obstetricians & Gynecologists, and Christian Medical & Dental Associations

---

[2] *See* HB-3058, https://capitol.texas.gov/BillLookup/History.aspx?LegSess=88R&Bill=HB3058.

have authorized the undersigned counsel to state that this extension request is unopposed.

                                        Respectfully submitted,

                                        MICHAEL S. RAAB

                                        */s/ McKaye L. Neumeister*
                                        McKAYE L. NEUMEISTER
                                        NICHOLAS S. CROWN
                                          *Attorneys, Appellate Staff*
                                          *Civil Division, Room 7231*
                                          *U.S. Department of Justice*
                                          *950 Pennsylvania Avenue NW*
                                          *Washington, D.C. 20530*
                                          *(202) 514-8100*

JULY 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 598 words, according to the count of Microsoft Word.

*/s/ McKaye L. Neumeister*
McKaye L. Neumeister