# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).*

Fifth Cir. Case NO. __23-10246__

__Texas__   vs. __Becerra__
(Short Title)

The Clerk will enter my appearance as Counsel for __Advancing American Freedom, Inc. and amici (see attached page)__

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)   ☐ Respondent(s)   ☑ Amicus Curiae   ☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

*(Signature)* [signed]

(e-mail address) __mwheat@advancingamericanfreedom.com__

(Type or print name) __John Marc Wheat__

(State/Bar No.) __Virginia 39602__

(Title, if any) __General Counsel__

(Firm or Organization) __Advancing American Freedom, Inc.__

Address __801 Pennsylvania Ave, N.W.__

City & State __Washington, DC__   Zip __20004__

Primary Tel. __202-780-4848__   Cell Phone: __703-258-9823__   (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** _____

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☐ Yes   ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☐ Yes   ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

Name of Court or Agency _____

Status of Appeal (if any) _____

Other Status (if not appealed) _____

**NOTE:** Attach sheet to give further details.

DKT-5A REVISED June 2023

No. 23-10246

In the

United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS,

Plaintiffs-Appellees,

v.

XAVIER BECERRA; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CENTERS FOR MEDICARE AND MEDICAID SERVICES; KAREN L. TRITZ; DAVID R. WRIGHT,

Defendants-Appellants.

Amici Curiae Advancing American Freedom; 40 Days For Life; American Values; Anglicans For Life; Center For Political Renewal; Center For Urban Renewal And Education; Charlie Gerow; Christians Engaged; Global Liberty Alliance; International Conference Of Evangelical Chaplain Endorsers; James Dobson Family Institute; Minnesota Family Council; Missouri Center-Right Coalition; Montana Family Foundation; My Faith Votes; National Center For Public Policy Research; New Jersey Family Policy Center; Frontline Policy Council; Project 21 Black Leadership Network; Students For Life Of America; The Cornwall Alliance For The Stewardship Of Creation; The Family Foundation; The Justice Foundation; And Young America's Foundation