# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 06, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-10246    State of Texas v. Becerra
                USDC No. 5:22-CV-185

The court has granted in part an extension of time, to and including August 4, 2023, for filing a reply brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Adam B. Aukland-Peck
Mr. Ryan L. Bangert
Ms. Sara Baumgardner
Ms. Julie Marie Blake
Mr. Matthew Scott Bowman
Mr. John J. Bursch
Mr. Nicholas S. Crown
Mr. Jeffrey B. Dubner
Ms. Karli Eisenberg
Mr. Christopher Robert Healy
Ms. Amy Snow Hilton
Mr. Christopher D. Hilton
Ms. Rachel Neil
Ms. McKaye Lea Neumeister
Ms. Skye Lynn Perryman
Mr. Michael S. Raab
Ms. Shannon Rose Selden
Ms. Natalie Deyo Thompson