# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 17, 2023

No. 23-10246　　State of Texas v. Becerra
　　　　　　　　USDC No. 5:22-CV-185

Dear Counsel,

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by **5TH CIR. R.** 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies.  **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See **5TH CIR. R.** 30.1.7(c).

　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　*/s/ Charles Whitney*
　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Charles B. Whitney, Deputy Clerk
　　　　　　　　　　　　　　　504-310-7679

cc:
　　Mr. Steven H. Aden
　　Mr. Adam B. Aukland-Peck
　　Mr. Ryan L. Bangert
　　Ms. Sara Baumgardner
　　Ms. Julie Marie Blake
　　Mr. Matthew Scott Bowman
　　Mr. Brennan Tyler Brooks
　　Mr. John J. Bursch
　　Mr. Nicholas S. Crown
　　Ms. Deborah Jane Dewart
　　Mr. Jeffrey B. Dubner

Ms. Karli Eisenberg  
Mr. Christopher Robert Healy  
Ms. Amy Snow Hilton  
Mr. Christopher D. Hilton  
Ms. Rebecca R Messall  
Ms. Rachel Neil  
Ms. McKaye Lea Neumeister  
Ms. Skye Lynn Perryman  
Mr. Michael S. Raab  
Mr. Gene C. Schaerr  
Ms. Shannon Rose Selden  
Mrs. Cristina Martinez Squiers  
Ms. Natalie Deyo Thompson  
Mr. John Marc Wheat