# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 24, 2023

Ms. Natalie Deyo Thompson
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

        No. 23-10246    State of Texas v. Becerra
                    USDC No. 5:22-CV-185

Dear Ms. Thompson,

We filed your brief. However, you must make the following
corrections within the next 5 days.

You need to correct or add: The paper copies received do not match
the brief accepted by the court as sufficient on July 6, 2023.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Kim M. Pollard*

                        By: _____
                        Kim M. Pollard, Deputy Clerk
                        504-310-7635

cc:
        Mr. Steven H. Aden
        Mr. Adam B. Aukland-Peck
        Mr. Ryan L. Bangert
        Ms. Sara Baumgardner
        Ms. Julie Marie Blake
        Mr. Matthew Scott Bowman
        Mr. Brennan Tyler Brooks
        Mr. John J. Bursch
        Mr. Nicholas S. Crown
        Ms. Deborah Jane Dewart
        Mr. Jeffrey B. Dubner
        Ms. Karli Eisenberg
        Mr. Christopher Robert Healy
        Ms. Amy Snow Hilton
        Mr. Christopher D. Hilton

Ms. Rebecca R Messall
Ms. Rachel Neil
Ms. McKaye Lea Neumeister
Ms. Skye Lynn Perryman
Mr. Michael S. Raab
Mr. Gene C. Schaerr
Ms. Shannon Rose Selden
Mrs. Cristina Martinez Squiers
Mr. John Marc Wheat