# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 01, 2023

Ms. Rebecca R Messall
Messall Law Firm, L.L.C.
7887 E. Belleview Avenue
Suite 1100
Englewood, CO 80111

    No. 23-10246   State of Texas v. Becerra
                        USDC No. 5:22-CV-185

Dear Ms. Messall,

The paper copies of your brief require the following corrections within the next 5 days. You may:

1. Send someone to this office to correct the briefs;

2. Send someone to pick up the briefs, correct and return them;

3. Send a self-addressed stamped envelope and we will return your briefs, (we will tell you the postage cost on request). You must then mail the corrected briefs to this office;

4. Send corrected briefs and we will recycle those on file.

You need to correct or add:

Your brief has the wrong color cover. The color should be green, see FED. R. APP. P. 32(a)(2).

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Renee S. McDonough, Deputy Clerk
                                  504-310-7673

cc:
    Mr. Steven H. Aden

Mr. Adam B. Aukland-Peck
Mr. Ryan L. Bangert
Ms. Sara Baumgardner
Ms. Julie Marie Blake
Mr. Matthew Scott Bowman
Mr. Brennan Tyler Brooks
Mr. John J. Bursch
Mr. Nicholas S. Crown
Ms. Deborah Jane Dewart
Mr. Jeffrey B. Dubner
Ms. Karli Eisenberg
Mr. Christopher Robert Healy
Ms. Amy Snow Hilton
Mr. Christopher D. Hilton
Ms. Rachel Neil
Ms. McKaye Lea Neumeister
Ms. Skye Lynn Perryman
Mr. Michael S. Raab
Mr. Gene C. Schaerr
Ms. Shannon Rose Selden
Mrs. Cristina Martinez Squiers
Ms. Natalie Deyo Thompson
Mr. John Marc Wheat