# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 11, 2023

Ms. Rebecca R Messall
Messall Law Firm, L.L.C.
7887 E. Belleview Avenue
Suite 1100
Englewood, CO 80111

    No. 23-10246   State of Texas v. Becerra
                      USDC No. 5:22-CV-185

Dear Ms. Messall,

We filed your brief.  However, you must make the following corrections within the next 5 days.

You need to correct or add:

Paper copies tendered must match the version of the brief accepted by the court on July 12, 2023.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Kim M. Pollard, Deputy Clerk
                              504-310-7635

cc:
    Mr. Steven H. Aden
    Mr. Adam B. Aukland-Peck
    Mr. Ryan L. Bangert
    Ms. Sara Baumgardner
    Ms. Julie Marie Blake
    Mr. Matthew Scott Bowman
    Mr. Brennan Tyler Brooks
    Mr. John J. Bursch
    Mr. Nicholas S. Crown
    Ms. Deborah Jane Dewart
    Mr. Jeffrey B. Dubner
    Ms. Karli Eisenberg

```
Mr. Christopher Robert Healy
Ms. Amy Snow Hilton
Mr. Christopher D. Hilton
Ms. Rachel Neil
Ms. McKaye Lea Neumeister
Ms. Skye Lynn Perryman
Mr. Michael S. Raab
Mr. Gene C. Schaerr
Ms. Shannon Rose Selden
Mrs. Cristina Martinez Squiers
Ms. Natalie Deyo Thompson
Mr. John Marc Wheat
```