# *United States Court of Appeals*
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

September 28, 2023

No. 23-10246   State of Texas v. Becerra
              USDC No. 5:22-CV-185

Dear Counsel:

The above referenced case has been scheduled for oral argument on 11/07/2023. It will be held in New Orleans - East Courtroom at 9:00. The Oral Argument session number is 19.

**Arguing counsel are responsible for electronically filing the Oral Argument Acknowledgment Form by no later than Friday 10/20/23.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form.  You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12.  The form is available at https://www.ca5.uscourts.gov/appearanceform.  Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

<u>Notice to Court Appointed Counsel:</u> Please review for information on CJA travel at https://www.ca5.uscourts.gov/oral-argument-information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Shirley Engelhardt at 504-310-7631.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Shirley M. Engelhardt
Shirley M. Engelhardt, Calendar Clerk
504-310-7631

cc:
    Mr. Steven H. Aden
    Mr. Adam B. Aukland-Peck
    Mr. Ryan L. Bangert
    Ms. Sara Baumgardner
    Ms. Julie Marie Blake
    Mr. Matthew Scott Bowman
    Mr. Brennan Tyler Brooks
    Mr. John J. Bursch
    Mr. Nicholas S. Crown
    Ms. Deborah Jane Dewart
    Mr. Jeffrey B. Dubner
    Ms. Karli Eisenberg
    Mr. Christopher Robert Healy
    Ms. Amy Snow Hilton
    Mr. Christopher D. Hilton
    Ms. Rebecca R Messall
    Ms. Rachel Neil
    Ms. McKaye Lea Neumeister
    Ms. Skye Lynn Perryman
    Mr. Michael S. Raab
    Mr. Gene C. Schaerr
    Ms. Shannon Rose Selden
    Mrs. Cristina Martinez Squiers
    Ms. Natalie Deyo Thompson
    Mr. John Marc Wheat