# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 2, 2024
Lyle W. Cayce
Clerk

No. 23-10246

State of Texas; American Association of Pro-Life Obstetricians & Gynecologists; Christian Medical & Dental Associations,

*Plaintiffs—Appellees,*

*versus*

Xavier Becerra; United States Department of Health and Human Services; Centers for Medicare and Medicaid Services; Karen L. Tritz; David R. Wright,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:22-CV-185

_____

Before Southwick, Engelhardt, and Wilson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party to bear its own costs on appeal.