# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 3, 2024

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Xavier Becerra, Secretary of Health and Human Services, et al.
v. Texas, et al.
No. 23-1076
(Your No. 23-10246)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 1, 2024 and placed on the docket April 3, 2024 as No. 23-1076.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst

